George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Rachel E. Kaufman (State Bar No. 259353)
rachel@kaufmanpa.com
**KAUFMAN P.A.**
400 Northwest 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881

Sabita J. Soneji (State Bar No. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (State Bar No. 181547)
hzavareei@tzlegal.com
Kristen G. Simplicio (State Bar No. 263291)
ksimplicio@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for Plaintiffs Ronald Chinitz, Sarah Bumpus, David Gritz, Micheline Peker, and Cheryl Rowan, and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RONALD CHINITZ, SARAH BUMPUS, DAVID GRITZ, MICHELINE PEKER, *and* CHERYL ROWAN, *individually, and on behalf of a class of similarly situated persons*,<br><br>Plaintiffs,<br><br>v.<br><br>REALOGY HOLDINGS CORP.; REALOGY INTERMEDIATE HOLDINGS LLC; REALOGY GROUP LLC; REALOGY SERVICES GROUP LLC; REALOGY BROKERAGE GROUP LLC (f/k/a NRT LLC); *and* MOJO DIALING SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:19-cv-03309-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF RONALD CHINITZ** |

1  Plaintiffs and Defendants Realogy Holdings Corp., Realogy Intermediate Holdings LLC,
2  Realogy Group LLC, Realogy Services Group LLC, and Realogy Brokerage Group LLC hereby
3  stipulate to the dismissal of Plaintiff Ronald Chinitz's individual claims with prejudice, with each party
4  to bear its own attorneys' fees and costs.

5  Plaintiff Ronald Chinitz does not and will not owe his counsel any attorneys' fees or costs.

6  **IT IS SO STIPULATED.**

7

8  Respectfully submitted,

9  Date: April  6 , 2021

**REESE LLP**

10  By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
George V. Granade (State Bar No. 316050)
11  *ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
12  Los Angeles, California 90211
Telephone: (310) 393-0070
13  Facsimile: (212) 253-4272

14  **REESE LLP**
Michael R. Reese (State Bar No. 206773)
15  *mreese@reesellp.com*
100 West 93rd Street, 16th Floor
16  New York, New York 10025
Telephone: (212) 643-0500
17  Facsimile: (212) 253-4272

18  **KAUFMAN P.A.**
Rachel E. Kaufman (State Bar No. 259353)
19  *rachel@kaufmanpa.com*
400 Northwest 26th Street
20  Miami, Florida 33127
Telephone: (305) 469-5881
21

**TYCKO & ZAVAREEI LLP**
22  Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
23  1970 Broadway, Suite 1070
Oakland, California 94612
24  Telephone: (510) 254-6808
Facsimile: (202) 973-0950
25

**TYCKO & ZAVAREEI LLP**
26  Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
27  Kristen G. Simplicio (State Bar No. 263291)
*ksimplicio@tzlegal.com*
28  1828 L Street, Northwest, Suite 1000

---

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF RONALD CHINITZ
*Chinitz v. Realogy Holdings Corp.*, No. 3:19-cv-03309-JD

1

|  |  |
|---|---|
|  | Washington, District of Columbia 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950 |
|  | *Counsel for Plaintiffs Ronald Chinitz, Sarah Bumpus, David Gritz, Micheline Peker, and Cheryl Rowan, and the Proposed Classes* |

Date: April ___, 2021                **PLAINTIFF RONALD CHINITZ**

By: _____
        Plaintiff Ronald Chinitz

Date: April _6_, 2021                **GORDON REES SCULLY MANSUKHANI LLP**

By:  _/s/ Candice S. Nam_
        Candice S. Nam (State Bar No. 293875)
        *cnam@grsm.com*
        Calvin E. Davis (State Bar No. 101640)
        *cdavis@grsm.com*
        Aaron P. Rudin (State Bar No. 223004)
        *arudin@grsm.com*
        633 West Fifth Street, 52nd Floor
        Los Angeles, California 90071
        Telephone: (213) 576-5000

*Counsel for Defendants Realogy Holdings Corp., Realogy Intermediate Holdings LLC, Realogy Group LLC, Realogy Services Group LLC, and Realogy Brokerage Group LLC*

## ECF ATTESTATION

I, George V. Granade, attest that concurrence in the filing of this Stipulation has been obtained from the signatories above. *See* Civil L.R. 5-1(i)(3).

Date: April _6_, 2021                By:  _/s/ George V. Granade_
                                                George V. Granade