1  Sabita J. Soneji (State Bar No. 224262)          George V. Granade (State Bar No. 316050)
   *ssoneji@tzlegal.com*                            *ggranade@reesellp.com*
2  **TYCKO & ZAVAREEI LLP**                         **REESE LLP**
   1970 Broadway, Suite 1070                        8484 Wilshire Boulevard, Suite 515
3  Oakland, California 94612                        Los Angeles, California 90211
   Telephone: (510) 254-6808                        Telephone: (310) 393-0070
4  Facsimile: (202) 973-0950                        Facsimile: (212) 253-4272

5  Hassan A. Zavareei (State Bar No. 181547)        Michael R. Reese (State Bar No. 206773)
   *hzavareei@tzlegal.com*                          *mreese@reesellp.com*
6  Kristen G. Simplicio (State Bar No. 263291)      **REESE LLP**
   *ksimplicio@tzlegal.com*                         100 West 93rd Street, 16th Floor
7  Mark A. Clifford *(pro hac vice)*                New York, New York 10025
   *mclifford@tzlegal.com*                          Telephone: (212) 643-0500
8  Allison Parr *(pro hac vice)*                    Facsimile: (212) 253-4272
   *aparr@tzlegal.com*
9  **TYCKO & ZAVAREEI LLP**
   1828 L Street, Northwest, Suite 1000
10 Washington, District of Columbia 20036
   Telephone: (202) 973-0900
11 Facsimile: (202) 973-0950

12 *Counsel for Plaintiffs and the Proposed Class*

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17  | RONALD CHINITZ, SARAH BUMPUS, | Case No. 3:19-cv-03309-JD |
18  DAVID GRITZ, MICHELINE PEKER,
    NATHAN ROWAN, CHERYL ROWAN,
19  DANIEL CARUSO, *and* PARAJMIT LALLI,            **STIPULATION AND [PROPOSED]**
    *individually, and on behalf of a class of similarly*   **ORDER TO AMEND CASE CAPTION**
20  *situated persons*,

21                     Plaintiffs,

22          v.

23  REALOGY HOLDINGS CORP.,
    REALOGY INTERMEDIATE HOLDINGS
24  LLC, REALOGY SERVICES GROUP LLC,
    REALOGY GROUP LLC, REALOGY
25  BROKERAGE GROUP LLC (f/k/a NRT
    LLC), *and* MOJO DIALING SOLUTIONS,
26  LLC,

27                     Defendants.

28

1   Plaintiffs Sarah Bumpus, David Gritz, Micheline Peker, Cheryl Rowan, and Defendants

2   Realogy Holdings Corp., Realogy Intermediate Holdings LLC, Realogy Services Group LLC, Realogy

3   Group LLC, Realogy Brokerage Group LLC (f/k/a NRT LLC), and Mojo Dialing Solutions, LLC,

4   file this stipulation and proposed order to request that the Court amend the caption for this case in

5   light of the parties' stipulated dismissal of the individual claims of Plaintiffs Nathan Rowan, Paramjit

6   Lalli, and Daniel Caruso (ECF No. 136) and the parties' stipulated dismissal of Plaintiff Ronald

7   Chinitz's individual claims (ECF No. 137). Accordingly, the parties stipulate and hereby request that

8   the Court amend the caption for this lawsuit to be: "*Sarah Bumpus, David Gritz, Micheline Peker, and*

9   *Cheryl Rowan, individually, and on behalf of a class of similarly situated persons, Plaintiffs, v. Realogy Holdings Corp.,*

10  *Realogy Intermediate Holdings LLC, Realogy Services Group LLC, Realogy Group LLC, Realogy Brokerage Group*

11  *LLC (f/k/a NRT LLC), and Mojo Dialing Solutions, LLC, Defendants.*"

12  Pursuant to this stipulation and request, the caption for filings in this case would appear as

13  follows:

14  **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA**

16  **SAN FRANCISCO DIVISION**

17

18  SARAH BUMPUS, DAVID GRITZ, MICHELINE PEKER, and CHERYL ROWAN, *individually, and on behalf of a class of similarly situated persons*,          Case No. 3:19-cv-03309-JD

19

20  Plaintiffs,

21  v.

22

23  REALOGY HOLDINGS CORP., REALOGY INTERMEDIATE HOLDINGS LLC, REALOGY SERVICES GROUP LLC, REALOGY GROUP LLC, REALOGY BROKERAGE GROUP LLC (f/k/a NRT LLC), *and* MOJO DIALING SOLUTIONS, LLC,

24

25

26

27  Defendants.

28

1    STIPULATED AND AGREED TO this 18th day of May, 2021.

2

3    Dated: May 18, 2021                    By: _Sabita J. Soneji_____
                                            Sabita J. Soneji (State Bar No. 224262)
                                            ssoneji@tzlegal.com
4                                           **TYCKO & ZAVAREEI LLP**
                                            1970 Broadway, Suite 1070
5                                           Oakland, California 94612
                                            Telephone: (510) 254-6808
6                                           Facsimile: (202) 973-0950

7                                           Hassan A. Zavareei (State Bar No. 181547)
                                            hzavareei@tzlegal.com
8                                           Kristen G. Simplicio (State Bar No. 263291)
                                            ksimplicio@tzlegal.com
9                                           Mark A. Clifford (*pro hac vice*)
                                            mclifford@tzlegal.com
10                                          Allison Parr (*pro hac vice*)
                                            aparr@tzlegal.com
11                                          **TYCKO & ZAVAREEI LLP**
12                                          1828 L Street, Northwest, Suite 1000
                                            Washington, District of Columbia 20036
13                                          Telephone: (202) 973-0900
                                            Facsimile: (202) 973-0950
14

15                                          George V. Granade (State Bar No. 316050)
                                            ggranade@reesellp.com
                                            **REESE LLP**
16                                          8484 Wilshire Boulevard, Suite 515
                                            Los Angeles, California 90211
17                                          Telephone: (310) 393-0070
                                            Facsimile: (212) 253-4272
18

19                                          Michael R. Reese (State Bar No. 206773)
                                            mreese@reesellp.com
                                            **REESE LLP**
20                                          100 West 93rd Street, 16th Floor
                                            New York, New York 10025
21                                          Telephone: (212) 643-0500
                                            Facsimile: (212) 253-4272
22

                                            *Counsel for Plaintiffs and the Proposed Class*
23

24   Dated: May 18, 2021                    By: _/s/ Aaron P. Rudin_____
                                            Calvin E. Davis (State Bar No. 101640)
                                            cdavis@grsm.com
25                                          Aaron P. Rudin (State Bar No. 223004)
                                            arudin@grsm.com
26                                          Candice S. Nam (State Bar No. 293875)
                                            cnam@grsm.com
27                                          **GORDON REES SCULLY MANSUKHANI,
                                            LLP**
28                                          633 West Fifth Street, 52nd Floor

1                                            Los Angeles, CA  90071
Telephone: (213) 576-5000

2                                            Facsimile: (213) 680-4470

3                                            *Counsel for Defendants Realogy Holdings Corp., Realogy Intermediate Holdings LLC, Realogy Services Group LLC, Realogy Group LLC, and Realogy Brokerage Group LLC (f/k/a NRT LLC)*

5

Dated: May 18, 2021                   By:  */s/ Mark A. Romance*

6                                              Mark A. Romance (*pro hac vice*)
mromance@daypitney.com

7                                            Andrew R. Ingalls (*pro hac vice*)
aingalls@daypitney.com

8                                            **DAY PITNEY LLP**
North Tower, 14th Floor

9                                            396 Alhambra Circle
Miami, Florida  33134

10                                         Telephone: (305) 573-4000
Facsimile: (305) 704-8082

12                                         **BERDING & WEIL LLP**
Paul W. Windust (State Bar No. 167338)

13                                      pwindust@berdingweil.com
2175 N. California Blvd., Suite 500

14                                      Walnut Creek, California 94596
Telephone: (925) 838-2090

15                                         Facsimile: (925) 820-5592

16                                         *Counsel for Defendant Mojo Dialing Solutions LLC*

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ATTESTATION**

2        Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have on file written authorization for any

3    signatures indicated by a "conformed" signature (/s/) in this e-filed document.

4

5                                        By: */s/ Sabita S. Soneji*
                                              Sabita S. Soneji
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2        Pursuant to the Stipulation, **IT IS SO ORDERED.**

3

4    Dated:                                    _____
                                              Honorable James Donato
5                                             United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28