| | |
|---|---|
| Sabita J. Soneji (State Bar No. 224262) | George V. Granade (State Bar No. 316050) |
| ssoneji@tzlegal.com | ggranade@reesellp.com |
| **TYCKO & ZAVAREEI LLP** | **REESE LLP** |
| 1970 Broadway, Suite 1070 | 8484 Wilshire Boulevard, Suite 515 |
| Oakland, California 94612 | Los Angeles, California 90211 |
| Telephone: (510) 254-6808 | Telephone: (310) 393-0070 |
| | |
| Hassan A. Zavareei (State Bar No. 181547) | Michael R. Reese (State Bar No. 206773) |
| hzavareei@tzlegal.com | mreese@reesellp.com |
| Glenn E. Chappell (*pro hac vice*) | **REESE LLP** |
| gchappell@tzlegal.com | 100 West 93rd Street, 16th Floor |
| **TYCKO & ZAVAREEI LLP** | New York, New York 10025 |
| 1828 L Street, Northwest, Suite 1000 | Telephone: (212) 643-0500 |
| Washington, District of Columbia 20036 | |
| Telephone: (202) 973-0900 | |

Rachel E. Kaufman (State Bar No. 259353)
rachel@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Counsel for Plaintiffs Sarah Bumpus, David Gritz, Micheline Peker, and Cheryl Rowan, and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH BUMPUS, DAVID GRITZ, MICHELINE PEKER, *and* CHERYL ROWAN, *individually, and on behalf of a class of similarly situated persons*,<br><br>Plaintiffs,<br><br>v.<br><br>REALOGY HOLDINGS CORP.; REALOGY INTERMEDIATE HOLDINGS LLC; REALOGY GROUP LLC; REALOGY SERVICES GROUP LLC; REALOGY BROKERAGE GROUP LLC (f/k/a NRT LLC); *and* MOJO DIALING SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:19-cv-03309-JD<br><br>**STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANT MOJO DIALING SOLUTIONS, LLC WITHOUT PREJUDICE**<br><br>Judge: Honorable James Donato |

Plaintiffs and Defendant Mojo Dialing Solutions, LLC hereby stipulate to the dismissal of Defendant Mojo Dialing Solutions, LLC without prejudice, with each party to bear its own attorneys' fees and costs.

So stipulated.

Date: March 31, 2022

**KAUFMAN P.A.**

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (State Bar No. 259353)
*rachel@kaufmanpa.com*
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

**TYCKO & ZAVAREEI LLP**
Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
Glenn E. Chappell (*pro hac vice*)
*gchappell@tzlegal.com*
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900

**REESE LLP**
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Counsel for Plaintiffs Sarah Bumpus, David Gritz, Micheline Peker, and Cheryl Rowan, and the Classes*

**DAY PITNEY LLP**

By: */s/ Mark A. Romance*
MARK A. ROMANCE (admitted *pro hac vice*)

---

STIPULATION OF DISMISSAL OF DEFENDANT MOJO DIALING SOLUTIONS
*Bumpus v. Realogy Holdings Corp.*, No. 3:19-cv-03309-JD

1

ANDREW R. INGALLS (admitted *pro hac vice*)<br>
**DAY PITNEY LLP**<br>
396 Alhambra Circle<br>
North Tower, 14th Floor<br>
Miami, FL 33134<br>
Telephone: (305) 373-4000<br>
Facsimile: (305) 704 8082<br>

*Counsel for Defendant, Mojo Dialing Solutions, LLC*

## ECF ATTESTATION

I, Rachel E. Kaufman, attest that concurrence in the filing of this Stipulation has been obtained from the signatories above. *See* L.R. 5-1(i)(3).

Dated:   March 31, 2022

By: *s/ Rachel E. Kaufman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __ day of March, 2022.

Honorable James Donato
United States District Court Judge